IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN TENNESSEE

Phyllis Stinson, Adm.
Of the Estate of Gerald
Whitney Stinson; Patrick Stinson;
Patrick Stinson, Individually; James
L. Stinson
        Plantiff

vs.                                         Case No.:06-2081

Brent S. Hollister; Pawel
Holda,
        Defendants

ORDER DENYING DEFAULT

On August 3, 2006 Intervenor plaintiff filed a Notice for Default by Separate Defendant Pawel Holda .

In accordance to FRCvP 55(a) , the moving party must request an enty of default by the clerk.

In compliance to FRCvP 55(a), default against the above-named defendants in DENIED.

Entered this 30th day of August, 2006

                      THOMAS M. GOULD
                      Clerk of Court


                      BY:s/ Jean Lee
                      Deputy Clerk